IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **CANDRA BETH CLARK** | **PLAINTIFF** |
| **VERSUS** | **CIVIL ACTION NO. 1:21-CV-84-RPM** |
| **HARRISON COUNTY** | **DEFENDANT** |

## FINAL JUDGMENT

In accordance with the requirement for a separate document under Federal Rule of Civil Procedure 58(a), and in light of the Court's Memorandum Opinion and Order of Dismissal entered on the 6th of April 2023, the Court hereby enters its Final Judgment in this civil action.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED,** this 6th of April 2023.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE